# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TODD PELKEY,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **NORFOLK SOUTHERN** ) <br> **RAILWAY COMPANY, INC. et al,** ) <br> ) <br> **Defendants.** ) | Civil Action Number <br> **2:19-cv-01284-AKK** |

## ORDER

Having been informed that the parties have amicably resolved this matter, this case is **DISMISSED WITHOUT PREJUDICE**. The court shall retain jurisdiction over the parties until September 28, 2020 for the purpose of enforcing their settlement agreement. The court **ORDERS** that the parties shall file a formal stipulation of dismissal by September 28, 2020. Otherwise, after that date, this case will be deemed dismissed with prejudice.

**DONE** the 28th day of August, 2020.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE